**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**FREDERICK BANKS**                                                          **PLAINTIFF**
**REG. #05711-068**

**v.**                  **CASE NO. 2:12CV00128 BSM/JTR**

**JONES, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 16th day of July 2012.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE